In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Cross Island Parkway in the Borough of Queens.

JOHN GOLDEN, Appellant.

Argued April 15, 1942; decided April 30, 1942.

Phillip W. Haberman, Jr., Laurence J. Rittenband and Herman Goldman for appellant.

William C. Chanler, Corporation Counsel (Reuben Levy and Julius Isaacs of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.